UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Kevin Isaacson, et al.
*Individually and on behalf of all others similarly situated*

      Plaintiffs

   v.                                      Civil Action No. 1:21-11323-RGS

John Hancock Insurance Agency, Inc., et al.

      Defendants

ORDER OF DISMISSAL

February 17, 2022

STEARNS, D.J.

In accordance with the court's Electronic Order [Dkt. # 51] entered on February 17, 2022, it is ORDERED that the above-entitled action be, and hereby is, dismissed without prejudice.

By the court,

/s/ Arnold Pacho
Deputy Clerk